Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
STEPHANIE MOORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANIE MOORE,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., a California corporation; and MARK D. WALSH, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. 3:12-CV-02203-JCS<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:　　　　August 24, 2012<br>Time:　　　　1:30 p.m.<br>Judge:　　　Jeffrey S. White<br>Courtroom:　11, 19th Floor<br>Location:　　450 Golden Gate Avenue<br>　　　　　　　San Francisco, California |

　　　Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for August 24, 2012. On July 24, 2012, the Court Clerk entered the default of both Defendants in this case. (Doc. 10) Plaintiff is currently preparing a Motion for Default Judgment against both Defendants which will be filed shortly. In light of Defendants' default in this matter, Plaintiff requests that the Case Management Conference be continued for sixty (60) days.

　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.


Dated:　May 25, 2010　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　STEPHANIE MOORE

- 1 -
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:12-CV-02203-JCS

**[PROPOSED] ORDER**

Having considered the Plaintiff's Request to Continue Case Management Conference, the request is GRANTED. A Case Management Conference shall be held on _____September 28, 2012_____, at 1:30 p.m. in Courtroom 11.

Plaintiff shall file a Case Management Statement no later than _____September 21, 2012_____.

Dated: __August 20, 2012__

*[signature: Jeffrey S. White]*

The Honorable Jeffrey S. White
United States District Judge